■ ALICE GORDON, Respondent, v. JAMES GORDON, Appellant.— In an action for a judicial separation in which the plaintiff wife was granted a judgment of separation which directed the payment of alimony to her by the defendant husband, the latter appeals from an order of the Supreme Court, Queens County, dated January 18, 1961, granting plaintiff's motion for a money judgment for alimony arrears under said judgment, and for a counsel fee; and denying defendant's cross motion to vacate the separation judgment. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. [27 Misc 2d 948.]

■ In the Matter of the Probate of the Will of FRED E. FIELD, Deceased. ISABEL J. DRIESEN, Appellant; JOSEPH SCHWARTZ, as Executor of FRED E. FIELD, Deceased, Respondent.— In a probate proceeding, petitioner Isabel J. Driesen, testator's daughter by a first marriage, appeals from so much of an order of the Surrogate's Court, Queens County, dated June 10, 1957, made after a nonjury trial, as dismissed on the merits her petition to vacate the decree of said Surrogate's Court, made March 24, 1953, admitting testator's will to probate. The probate decree was sought to be vacated on the ground that the executor, at the time he presented the will for probate and applied for an order to serve the citation by publication upon unknown heirs or distributees, practiced a fraud upon the court by concealing his knowledge of the daughter's existence. The Surrogate, after a hearing, found no fraud. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.